UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20685-CR-SEITZ(s)

UNITED STATES OF AMERICA

vs.

RAUL MODESTO CASTRO RUZ,
LORENZO ALBERTO PEREZ-PEREZ,
EMILIO JOSE PALACIO BLANCO,
JOSE FIDEL GUAL BARZAGA,
RAUL SIMANCA CARDENAS,
and
LUIS RAUL GONZALEZ-PARDO RODRIGUEZ,

        Defendants.

_____/

| FILED BY_____BM_____D.C. |
| --- |
| **May 20, 2026** |
| ANGELA E. NOBLE |
| CLERK U.S. DIST. CT. |
| S. D. OF FLA. - MIAMI |

## UNITED STATES' MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States, by and through the undersigned Assistant United States Attorney, files

this Motion to Unseal the Superseding Indictment against all defendants in this matter.

WHEREFORE, the United States respectfully requests that the Superseding Indictment in

this matter be unsealed by the Court.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
ABBIE D. WAXMAN
Assistant United States Attorney
Florida Bar No. 109315
99 N.E. 4th Street
Miami, FL 33132
Tel: (786) 761-3133
Email Abbie.Waxman@usdoj.gov