UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20685-CR-SEITZ(s)

UNITED STATES OF AMERICA

vs.

RAUL MODESTO CASTRO RUZ,
LORENZO ALBERTO PEREZ-PEREZ,
EMILIO JOSE PALACIO BLANCO,
JOSE FIDEL GUAL BARZAGA,
RAUL SIMANCA CARDENAS,
and
LUIS RAUL GONZALEZ-PARDO RODRIGUEZ,

Defendants.
_____/

> FILED BY_____BM_____D.C.
>
> **May 20, 2026**
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - MIAMI

ORDER TO UNSEAL SUPERSEDING INDICTMENT

THIS CAUSE having come before the Court on the United States' Motion to Unseal the Superseding Indictment, and the Court being fully advised in the premises and finding good cause therefore, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. The Clerk of Court is ordered to unseal the Superseding Indictment against all defendants in this matter.

DONE AND ORDERED in chambers at Miami, Florida this 19th day of May 2026.

HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

cc:     Abbie D. Waxman, AUSA
        Michale E. Gilfarb, AUSA