**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 03-20685-CR-DPG**

**UNITED STATES OF AMERICA**

**vs.**

**RAUL MODESTO CASTRO RUZ et al**

**Defendant.**

_____/

**<u>NOTICE OF REASSIGNMENT</u>**

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Reassignment as counsel of record in this case.   The prior counsel for the United States, Assistant United States Attorney David Buckner is no longer counsel of record for the United States in this matter.   The undersigned requests to be informed of all future filings in the above captioned case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   _/s/ Abbie D. Waxman_

ABBIE D. WAXMAN
Assistant United States Attorney
Court ID No. 109315
99 Northeast 4th Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9240
Email:   Abbie.Waxman@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.


By:   */s/ Abbie D. Waxman*
ABBIE D. WAXMAN
Assistant United States Attorney

2